UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| JERRY WILSON | *Filed Electronically* |
| | CIVIL ACTION NO. _____ |
| PLAINTIFF, | |
| VS. | |
| ON THE SPOT TRUCKING, INC. and JAMES SHEARER | |
| DEFENDANTS | |

### NOTICE OF REMOVAL BY DEFENDANTS

Come the Defendants, On The Spot Trucking, Inc. and James Shearer, by counsel, and pursuant to 28 U.S.C. § 1446(a), hereby file this Notice of Removal. As grounds for removal of this action, the Defendants state as follows:

1. On June 18, 2018, the Plaintiff, Jerry Wilson ("Plaintiff"), commenced this civil action against Defendants in the Scott Circuit Court, designated therein as Civil Action No. 18-CI-00325. True and complete copies of the process, pleadings, and orders served upon and filed by all parties in this action are attached as Exhibit 1.

2. The Plaintiff is a natural person who is now, was at the commencement of this action, and has been at all relevant times, a citizen and resident of the State of Ohio. Plaintiff is not now, was not at the commencement of this action, and has not been at any relevant time, a citizen or resident of the State of Georgia.

3. Defendant On The Spot Trucking, Inc. is now, was at the commencement of this action, and has been at all relevant times, a corporation incorporated by and organized and existing under the laws of the State of Georgia. On The Spot Trucking now has, did have at the

commencement of this action, and has had at all relevant times its principal place of business in the State of Georgia. On The Spot Trucking is not now, was not at the commencement of this action, and has not been at any relevant time a corporation incorporated by or organized and existing under the laws of the State of Ohio. On The Spot Trucking does not now have, did not at the commencement of this action have, and has not at any relevant time had its principal place of business in the State of Ohio.

4. Defendant James Shearer, is a natural person who is now, was at the commencement of this action, and has been at all relevant times, a citizen and resident of the State of Georgia. Defendant is not now, was not at the commencement of this action, and has not been at any relevant time, a citizen or resident of the State of Ohio.

5. For examination under the requirements of 28 U.S.C. § 1332, Plaintiff is now, was at the commencement of this action, and has been at all relevant times a citizen of the State of Ohio. For that same examination, Defendants, On The Spot Trucking and James Shearer ("Defendants") are now, were at the commencement of this action, and have been at all relevant times citizens of the State of Georgia.

6. Accordingly, there is complete diversity of citizenship between Plaintiff and Defendants.

7. This is a civil action where the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states. *See* Plaintiff's Answers to Interrogatories and Requests for Production of Documents, relevant portions attached hereto as Exhibit 2.

8. This is an action over which the District Courts of the United States have original jurisdiction pursuant to 28 U.S.C. § 1332. This action is removable to this District Court pursuant

to 28 U.S.C. § 1441(a). This District and Division constitute the appropriate forum to which this action should be removed. The Scott Circuit Court is within the Lexington Division. *See* LR 3.1(a)(2)(B).

9. Venue is vested in this Court pursuant to 28 U.S.C. § 1391 since this is a civil action where jurisdiction is founded on diversity of citizenship and the events complained of occurred in the Eastern District of Kentucky.

10. Pursuant to 28 U.S.C. § 1446, this Notice of Removal is filed within thirty days of receipt by the Defendants of a copy of an "other paper from which it may be first ascertained that the case is one which is or has become removable." *See* Plaintiff's Answers to Interrogatories and Requests for Production of Documents, relevant portions attached hereto as Exhibit 2.

11. Pursuant to 28 U.S.C. § 1446, written notice of the filing of this Notice of Removal will be promptly given to the adverse parties, and a copy of this Notice of Removal will be filed with the Scott Circuit Clerk. A copy of the notice to the Scott Circuit Clerk is attached hereto as Exhibit 3.

12. Counsel represents all Defendants, and all Defendants have consented to the removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(A).[1] *See* Notice of Consent, attached hereto as Exhibit 4.

13. Accordingly, this action is hereby removed from the Scott Circuit Court to the United States District Court for the Eastern District of Kentucky, Central Division at Lexington.

---

[1] Unanimity is satisfied when counsel for one defendant represents in the notice of removal that a codefendant also consents to removal." Polston v. Millennium Outdoors, LLC, No. 6:16-CV-16-KKC, 2017 U.S. Dist. LEXIS 30909, at *8-9 (E.D. Ky. Mar. 6, 2017) (citing Harper v. AutoAlliance Int'l, Inc., 392 F.3d 195 (6th Cir. 2004)).

Respectfully submitted,

WMR DEFENSE

*/ s / Tamara J. Patterson*

Melissa Thompson Richardson
Tamara J. Patterson
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
Telephone:     (859) 219-9090
Facsimile:      (859) 219-9292
Melissa@wmrdefense.com
Tamara@wmrdefense.com
COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

On January 7, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/ s / Tamara J. Patterson*

COUNSEL FOR DEFENDANTS

7202.005993C:\NRPortbl\Golden_and_Walters\AUBREY\915837_1.docx