**COMMONWEALTH OF KENTUCKY**
**SCOTT CIRCUIT COURT**
**1 DIVISION**
**CASE NO: 18-CI-325**




**JERRY WILSON**
317 East 5th Street
Manchester, OH 45144

**PLAINTIFFS**

**v.**

**ON THE SPOT TRUCKING, INC.**
3016 Jiles Road NW
Kennesaw, GA 30144

**DEFENDANTS**

**SERVE:** **KENTUCKY SECRETARY OF STATE**
Office of the Secretary of State
Summonses Branch
700 Capitol Avenue, Suite 86
Frankfort KY, 40601

**and**

**JAMES SHEARER**
8978 Tweeddale Drive
Winston, GA 30187

**SERVE:** **KENTUCKY SECRETARY OF STATE**
Office of the Secretary of State
Summonses Branch
700 Capitol Avenue, Suite 86
Frankfort KY, 40601

## COMPLAINT WITH JURY DEMAND

Come now Plaintiff, Jerry Wilson, by and through counsel and for his cause of action herein, state as follows:

1. Plaintiff, Jerry Wilson, at all times herein mentioned is a resident of the city of Manchester, County of Adams, State of Ohio.
2. Defendant, On The Spot Trucking is and was at all times herein referred to, a corporation duly organized and incorporated in the State of Georgia and doing business in the Commonwealth of Kentucky.
3. Defendant, James Shearer, at all times herein mentioned was a resident of the city of Winston, County of Douglas, State of Georgia.
4. The amount in controversy exceeds the jurisdiction requirement of this court and venue is proper in this court in that this action arose within Scott County, Commonwealth of Kentucky.

**COUNT I**

5. Paragraphs five (5) through nine (9) are hereby reiterated and incorporated by reference as if fully stated herein.
6. On or about January 10, 2017, Plaintiff Wilson was lawfully operating his vehicle southbound of I-75 in or near the City of Georgetown, Scott County, Commonwealth of Kentucky.
7. On or about January 10, 2017, the Defendant, James Shearer, driving a 2006 SE Columbia 112 CNV Freightliner and flatbed, owned by On The Spot Trucking, Inc., in such a careless and negligent manner as to cause it to collide with a vehicle owned and operated by Plaintiff Wilson.
8. As a result of the negligence of the Defendant, James Shearer above, the Plaintiff Wilson was injured in, on and about his body, both temporarily and permanently; incurred

medical expenses and will so in the future; lost time from work and had her power to labor and earn money impaired, both past and future; was caused to suffer great pain, both mental and physical, past and future all to her detriment and damage.

9. As a result of the negligence of the Defendant, James Shearer, above, the Plaintiff, Jerry Wilson, was injured in, on and about his body, both temporarily and permanently; incurred medical expenses and will do so in the future; was caused to suffer great pain, both mental and physical, past and future all to his detriment and damage.

**COUNT II**

10. Paragraphs ten (10) through thirteen (13) are hereby reiterated and incorporated by reference as if fully stated herein.

11. Defendant James Shearer's negligent acts and omissions constitute violations of various sections and subsections of the Kentucky Revised Statutes, including, but not limited to KRS ' 189.290(1); KRS ' 189.340(1) and KRS § 189.340(6)(a); which constitutes as negligence per se pursuant to KRS ' 446.070 and Kentucky Case Law.

12. The injures sustained by the Plaintiff are the type which the above mentioned statutes seek to prevent and that such injuries were proximately caused by Defendant James Shearer's violation of these statutes.

13. As a direct and proximate result of Defendant James Shearer's violations of Kentucky law, Plaintiffs have sustained the injuries and damages itemized in Count I, paragraphs eight(8) and nine (9), all of which are incorporated by reference as set forth in Count II.

**COUNT III**

14. Paragraphs fourteen (14) through eighteen are hereby reiterated and incorporated by reference as if fully stated herein.

15. At all times herein mentioned, Defendant, James Shearer, was an employee of Defendant, On The Spot Trucking, Inc., and at the time of the collision was working within the course and scope of his employment.

16. Defendant, On The Spot Trucking, Inc., as employer, knew of or should have known of the careless and negligent driving propensities of its employee, Defendant, James Shearer.

17. Defendant, On The Spot Trucking, Inc.., employer, knowing of such dangerous propensities, in allowing Defendant James Shearer to operate a motor vehicle in a careless and negligent manner, was the direct cause and or proximate cause of the dangerous condition which injured the Plaintiff.

18. Defendant, On The Spot Trucking, Inc., is vicariously liable under the theory of Respondeat Superior for the negligent acts of its employees during the course and scope of their employment.

**WHEREFORE**, Plaintiff, Jerry Wilson, demands judgment against the Defendants in an amount in excess of the jurisdictional requirements of this court together with interest therein and the costs of this action, and any other relief, including pre-judgment interest, as this Court deems proper.

**JURY TRIAL**

Plaintiff respectfully requests a **trial by jury** on all issues set forth in this complaint.

Respectfully submitted:
ROBERT L. POOLE

**Robert L. Poole, K.B.A.# 86183**
2656 Crescent Springs Rd., Ste. 1
Covington, KY 41017
(859) 261-3400
(859) 261-3928 fax

COMMONWEALTH OF KENTUCKY
SCOTT CIRCUIT COURT
DIVISION I
CIVIL ACTION NO. 18-CI-00325
***Electronically Filed***

JERRY WILSON PLAINTIFF

VS. **ANSWER**

ON THE SPOT TRUCKING, INC. and
JAMES SHEARER DEFENDANTS

*** *** *** ***

Come the Defendants, On The Spot Trucking, Inc., and James Shearer, by counsel, and for their Answer to Plaintiff's Complaint, state as follows:

1. These Defendants are without sufficient knowledge or information to form a belief as to the truth of the averments contained within Paragraphs 1, 2, 3, and 4 of the Plaintiff's Complaint, and, therefore, deny same.

2. In response to Paragraph 5 of the Plaintiff's Complaint, these Defendants reallege, reaver, reiterate and incorporate herein by reference each and every preceding paragraph of this Answer as though set forth herein.

3. These Defendants are without sufficient knowledge or information to form a belief as to the truth of the averments contained within Paragraph 6 of the Plaintiff's Complaint, and, therefore, deny same.

4. These Defendants deny the averments contained within Paragraphs 7, 8, and 9 of the Plaintiff's Complaint.

5. In response to Paragraph 10 of the Plaintiff's Complaint, these Defendants reallege, reaver, reiterate and incorporate herein by reference each and every preceding paragraph of this Answer as though set forth herein.

997F5A92-E7C6-4113-86F4-A4EAB59E8191 : 000001 of 000005

ANS : 000001 of 000005

6. These Defendants deny the averments contained within Paragraphs 11, 12, and 13 of the Plaintiff's Complaint.

7. In response to Paragraph 14 of the Plaintiff's Complaint, these Defendants re-allege, re-aver, reiterate and incorporate herein by reference each and every preceding paragraph of this Answer as though set forth herein.

8. In response to Paragraph 15 of the Plaintiff's Complaint, these Defendants state Defendant Shearer was working for On The Spot Trucking on the date in question; however, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the averments contained within Paragraph 15 of the Plaintiff's Complaint. To the extent the averments conflict with these Defendants statement herein, they are denied.

9. These Defendants deny the averments contained within Paragraphs 16, 17, and 18 of the Plaintiff's Complaint.

10. Each and every averment contained within the Plaintiff's Complaint that is not specifically admitted herein is hereby denied.

**FIRST DEFENSE**

As an affirmative defense, these Defendants specifically plead that the Plaintiff's Complaint fails to state a claim against them for which relief may be granted.

**SECOND DEFENSE**

As an affirmative defense, these Defendants specifically plead that the Plaintiff's Complaint fails to name and join in this action all real parties in interest and/or all indispensable necessary and proper parties.

997F5A92-E7C6-4113-86F4-A4EAB59E8191 : 000002 of 000005
ANS : 000002 of 000005

997F5A92-E7C6-4113-86F4-A4EAB59E8191 : 000003 of 000005

**THIRD DEFENSE**

As an affirmative defense, these Defendants specifically plead that the Plaintiff's Complaint is barred by the provisions of the Tort Reform Act, as contained in Chapter 411 of the Kentucky Revised Statutes.

**FOURTH DEFENSE**

As an affirmative defense, these Defendants specifically plead that Plaintiff's Complaint is barred by the provisions of the Kentucky Motor Vehicle Reparations Act, as contained in Subtitle 39 of Chapter 304 of the Kentucky Revised Statutes.

**FIFTH DEFENSE**

As an affirmative defense, these Defendants specifically plead that the damages alleged in Plaintiff's Complaint, if any, were the direct and proximate result of the sole and/or comparative negligence of the Plaintiff, and/or persons or entities not presently parties to this lawsuit.

**SIXTH DEFENSE**

As an affirmative defense, these Defendants specifically plead that the damages alleged in the Plaintiff's Complaint, if any, were avoidable consequences, since Plaintiff failed to mitigate or reduce his alleged damages, if any.

**SEVENTH DEFENSE**

As an affirmative defense, these Defendants specifically plead that the Plaintiff has waived his right to assert a claim against them and is, therefore, estopped to do so in this lawsuit.

**EIGHTH DEFENSE**

As an affirmative defense, these Defendants specifically plead that the Plaintiff's Complaint is barred, in whole or in part, by the applicable statute of limitations or the equitable doctrine of laches.

ANS : 000003 of 000005

997F5A92-E7C6-4113-86F4-A4EAB59E8191 : 000004 of 000005

**NINTH DEFENSE**

As an affirmative defense, these Defendants specifically plead that the injuries and damages alleged in Plaintiff's Complaint, if any, were the direct and proximate result of superseding and/or intervening causes over which these Defendants had no responsibility or control.

**TENTH DEFENSE**

As an affirmative defense, these Defendants specifically plead that the Plaintiff's Complaint is barred due to insufficiency of service of process and lack of jurisdiction over the person.

**ELEVENTH DEFENSE**

As an affirmative defense, these Defendants specifically plead that at the time and on the occasion complained of in Plaintiff's Complaint Defendant James Shearer was confronted with a situation of sudden emergency.

**TWELFTH DEFENSE**

Defendants reserves the right to amend this Answer or to assert any additional defenses that become known and available to them.

WHEREFORE, the Defendants pray the Court as follows:

1. That Plaintiff's Complaint filed against them in this action be dismissed with prejudice and stricken from the docket;

2. That they be awarded their costs herein expended, including reasonable attorneys' fees (if applicable);

3. For a trial of this cause by jury; and,

ANS : 000004 of 000005

Case: 5:19-cv-00003-REW-EBA Doc #: 1-1 Filed: 01/07/19 Page: 10 of 46 - Page ID#: 14

4. For any and all other just and proper relief to which this Court may deem them entitled.

Respectfully submitted,

WMR DEFENSE

Melissa Thompson Richardson
Tamara J. Patterson
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
Telephone: (859) 219-9090
Facsimile: (859) 219-9292
COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing has been served on this the 12th day of September, 2018, by mailing and/or emailing a true and accurate copy to the following:

Robert L. Poole
2656 Crescent Springs Road, Suite 1
Covington, KY 41017
*Counsel for Plaintiff*

COUNSEL FOR DEFENDANTS

7202 005993C:\NRPortbl\Golden_and_Walters\AUBREY\910003_1.docx

997F5A92-E7C6-4113-86F4-A4EAB59E8191 : 000005 of 000005

ANS : 000005 of 000005

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000001 of 000032

COMMONWEALTH OF KENTUCKY
SCOTT CIRCUIT COURT
DIVISION I
CIVIL ACTION NO. 18-CI-00325
***Electronically Filed***

JERRY WILSON PLAINTIFF

VS.

**INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

ON THE SPOT TRUCKING, INC. and
JAMES SHEARER DEFENDANTS

*** *** *** ***

Pursuant to CR 33 and CR 34, the Defendants, On the Spot Trucking, Inc., and James Shearer, hereby propound the following discovery requests upon the Plaintiff, Jerry Wilson, to be responded to in writing, under oath, and as otherwise required by the Kentucky Rules of Civil Procedure, and pursuant to the definitions and instructions set out below.

In answering the Interrogatories, all information is to be divulged that is within the knowledge, possession, or control of you, your attorney, or your agents, or that may be reasonably ascertained by you or them. You are requested to supplement your initial answers to these Interrogatories after service of your answers if you later ascertain or acquire any information that falls within the scope of these Interrogatories or if events within the scope of these Interrogatories occur after service of your answers.

You are requested to produce any requested documents to the office of Walters Richardson, PLLC, Corporate Plaza, 771 Corporate Drive, Suite 900, Lexington, Kentucky, within thirty (30) days of service hereof. At your option, however, you may, prior to this date, provide these Defendants with copies of all documents in your possession, custody, or control responsive to these requests by hand-delivering or mailing copies of those documents to counsel for these

IRPD : 000001 of 000032

Defendants at the address listed above. If you choose to respond under this option, you are instructed to retain the originals of the documents so that these Defendants or their counsel may inspect them if they desire. If you desire to produce the documents at a different location, date, or time, or to produce the documents in a different manner, please contact counsel for these Defendants to make other reasonable arrangements for production.

**DEFINITIONS AND INSTRUCTIONS**

A. Each document request seeks all information available to the Plaintiff, Jerry Wilson, his attorneys or agents, and any other persons acting on his behalf.

B. As used herein, the terms "Plaintiff," "you," or "your" mean, without limitation, the Plaintiff, Jerry Wilson, his attorneys, agents, and representatives.

C. An interrogatory asking you to "state in detail" or "describe in detail" seeks disclosure of each fact, circumstance, condition, or anything known to you about the subject of the interrogatory containing the phrase, as of the date the Interrogatories were answered.

D. If an interrogatory asks you to "state in detail" the basis for a contention, you should state all facts, law, and applications of law to fact upon which you relied or rely in making or maintaining the contention.

E. "Document" or "documents" is defined to be synonymous in meaning and equal in scope to the usage of this term in CR 34.01. A draft or non-identical copy is a separate document within the meaning of this term.

F. The term "document" includes any copy or copies of any of the foregoing on which any mark, alteration, or additional writing or other change from the original, or from any other copy, has been made.

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000002 of 000032

IRPD : 000002 of 000032

G. "Person" or "persons" means all entities, including, without limiting the generality of the foregoing, all natural persons, corporations, firms, companies, partnerships, joint ventures, associations, trusts, estates, departments, boards, bureaus, governmental or public agencies, and any other public, private, or legal entity.

H. Where appropriate in these requests, the singular form of a word shall be interpreted as plural, and the plural form as singular.

I. Where appropriate in these interrogatories, "and" as well as "or" shall be construed either disjunctively or conjunctively, as necessary, to bring under the scope of these requests any information that might otherwise be construed to be outside of their scope.

J. When an interrogatory requires you to describe or identify a person or other entity, it is intended that the answer shall give the name, address, and telephone number of the person or entity, and the name of the individual's workplace, workplace address, and workplace phone number.

K. If there is objection to the production of any document or part thereof under the claim of privilege or work product, then please identify the document, state the privilege involved, and state the factual and legal basis for the claimed privilege. Identify the document by stating the type of document, the date of the document, its sender(s), or preparer(s), its addressee(s), the person(s) to whom the document was shown or to whom copies were furnished, the subject matter of the document, and the person in whose custody the document is presently located. If the basis of your objection is confidentiality, please inform us as soon as possible so that the parties may execute a confidentiality agreement.

L. If any document requested was, but is no longer, in your possession, custody, or control, please state whether the document is missing or lost, has been destroyed, has been

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000003 of 000032
IRPD : 000003 of 000032

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000004 of 000032

transferred to another person, or otherwise has been disposed of. For each such document, please explain the circumstances surrounding disposition and describe the subject matter of the document.

M. Please produce documents by category, as specified in CR 34.02. Consider each request a category.

N. These requests are continuing ones, and Plaintiffs shall produce for inspection and copying any documents requested that are non-existent or unavailable at the date of production, but which come into existence or become available at any time prior to or during the trial of this action.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Please identify each and every individual participating in the answering of these interrogatories, including full name, date of birth, employment address and telephone number, residential address and telephone number, driver's license number, and Social Security number.

**ANSWER:**

**INTERROGATORY NO. 2:** State your present address and how long you have been living at that address and all other addresses where you have resided for the last ten (10) years, giving the length of stay at each residence.

**ANSWER:**

**INTERROGATORY NO. 3:** State the names of any and all relatives by blood or marriage that reside in Scott County, Kentucky.

**ANSWER:**

IRPD : 000004 of 000032

18-CI-00325 09/12/2018 Karen Boehm, Scott Circuit Clerk

**INTERROGATORY NO. 4:** Please identify each and every individual who has knowledge of discoverable information regarding the January 10, 2017, motor vehicle accident that gave rise to your cause of action, including home and work addresses, and telephone numbers, and a brief synopsis of the information known by each.

**ANSWER:**

**INTERROGATORY NO. 5:** If you, or anyone acting on your behalf, have discussed this matter with these Defendants, their agents, representatives, or employees, please:

(a) identify the individual with whom communications were conducted;

(b) give the date of the communication; and

(c) state in detail the substance of the communication.

**ANSWER:**

**INTERROGATORY NO. 6:** Describe in complete detail the automobile accident which occurred on or about January 10, 2017, in Georgetown, Scott County, Kentucky, which is the subject matter of this litigation, describing chronologically the events that occurred leading up to the motor vehicle accident, during the accident, and immediately thereafter.

**ANSWER:**

**INTERROGATORY NO. 7:** Please state the amount that you claim for each item of damages alleged in your Complaint, itemizing any claimed miscellaneous damages, and specifically detailing the calculations you used to arrive at those figures.

**ANSWER:**

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000005 of 000032
IRPD : 000005 of 000032



Filed 18-CI-00325 09/12/2018 Karen Boehm, Scott Circuit Clerk

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000006 of 000032

**INTERROGATORY NO. 8:** Please describe in complete detail all injuries you allegedly sustained as a result of the January 10, 2017, automobile accident that gave rise to your cause of action.

**ANSWER:**

**INTERROGATORY NO. 9:** Please identify each and every doctor, chiropractor, or other individual engaged in the healing arts that you have seen for the alleged injuries you suffered as a result of the January 10, 2017, motor vehicle accident.

**ANSWER:**

**INTERROGATORY NO. 10:** Please identify each and every doctor, hospital, chiropractor, or other individual or entity engaged in the healing arts from whom or which you have received treatment for the past ten (10) years. Your answer should include, but not be limited to, the following:

(a) the name, address and telephone number of each individual or entity;

(b) the date of each visit;

(c) the reason for each visit;

(d) a detailed description of the diagnosis that was made, if any; and

(e) the prognosis, stated in detail, that you received.

**ANSWER:**

**INTERROGATORY NO. 11:** Please identify each and every therapist, psychotherapist, psychologist, psychiatrist, counselor, or other individual or entity engaged in the mental health



IRPD : 000006 of 000032

profession from whom or which you have received treatment for the past ten (10) years. Your answer should include, but not be limited to, the following:

(a) the name, address, and telephone number of each individual or entity;

(b) the date of each visit;

(c) the reason for each visit;

(d) a detailed description of the diagnosis that was made, if any; and

(e) the prognosis, stated in detail, that you received.

**ANSWER:**

**INTERROGATORY NO. 12:** Please identify each and every pharmacy where you have had a prescription filled in the last ten (10) years.

**ANSWER:**

**INTERROGATORY NO. 13:** Please describe in detail each and every injury, illness, sickness, or other medical condition that you have suffered prior to the January 10, 2017, motor vehicle accident that gave rise to your cause of action.

**ANSWER:**

**INTERROGATORY NO. 14:** Please identify each and every employer you have had for the past ten (10) years. Your answer should include, but not be limited to, the following:

(a) the name, address and telephone number of each employer;

(b) a description of the type of work you performed for the employer;



BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000007 of 000032
IRPD : 000007 of 000032

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000008 of 000032

(c) the name, address, and telephone number of your immediate supervisor for each employer;

(d) the length of time you worked for each employer; and

(e) the date you left the employer and the reason(s) for leaving.

**ANSWER:**

**INTERROGATORY NO. 15:** Please state whether you have ever been injured on the job. If your answer is "Yes," please state whether you filed a workers' compensation claim, giving the date such claim was filed, the workers' compensation case number, and the name and address of the attorney who assisted or filed the claim.

**ANSWER:**

**INTERROGATORY NO. 16:** If you were working at the time of the January 10, 2017, motor vehicle accident which gave rise to your cause of action, please identify your employer, your rate of pay, and state whether you have been caused to miss work, giving the number of days missed.

**ANSWER:**

**INTERROGATORY NO. 17:** Please state whether you were using your cellular phone at the time of the motor vehicle accident. If your answer is yes, please state the name and address of your cell phone provider, the name and address of the account holder, the account number, and your cell phone number.

**ANSWER:**

IRPD : 000008 of 000032

**INTERROGATORY NO. 18:** Please identify each and every individual you intend to call as a witness at the trial of this matter, giving a brief synopsis of the testimony you expect to elicit from each.

**ANSWER:**

**INTERROGATORY NO. 19:** With respect to any and all persons with whom you have consulted or may call as experts to give opinion testimony, medical or otherwise, at the trial of this matter, please state the following:

(a) their names and business addresses;

(b) the field(s) in which the witnesses are to be offered as experts;

(c) the substance of the facts to which the witnesses are expected to testify; and

(d) the substance of the opinions and the grounds for each opinion to which the witnesses are expected to testify.

**ANSWER:**

**INTERROGATORY NO. 20:** Please state whether you have ever been a party to a lawsuit before. If your answer is yes, please provide the following information:

(a) the date the case was filed;

(b) a description of the claims that were made;

(c) the reason why suit was filed (slip and fall, motor vehicle accident, etc.);

(d) a description of the types of injuries alleged in each suit;

(e) the name and address of the attorney(s) who represented you;

(f) the disposition of the suit; and





BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000009 of 000032

IRPD : 000009 of 000032

(g) the sum you received if there was a monetary settlement.

**ANSWER:**

**INTERROGATORY NO. 21:** Please sign the attached Authorization for Disclosure of Protected Health Information, Workers' Compensation Records Authorization, Employment Records Authorization, PIP Records Authorization, Cell Phone Records Release Authorization, Medicare Records Authorization, Social Security Records Authorization, and Tax Return Authorization and return them with your Answers to these Interrogatories.

**ANSWER:**

**INTERROGATORY NO. 22:** Please identify each and every collateral source payor that has made any payment on your behalf, medical or otherwise, due to the January 10, 2017, motor vehicle accident that gave rise to your cause of action. This Interrogatory includes, but is not limited to:

(a) any payments made by an insurance company pursuant to basic reparations benefits;

(b) any payments made by a health insurance company;

(c) any payments made by Medicare, Medicaid, or any other government-sponsored program; and

(d) any other payments made by any other collateral source payor.

For any identified collateral source payor, please give the date of each payment, the amount, and identify each payee.

**ANSWER:**





BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000010 of 000032

IRPD : 000010 of 000032

**INTERROGATORY NO. 23:** If any of the expenses you have incurred as a result of the incident have been paid by Medicare, please state:

(a) your Medicare Health Insurance Claim Number (HICN) (the number on your Medicare card); and

(b) if you are currently enrolled in Part "A" only or in Part "B" of Medicare, the date your eligibility began.

**ANSWER:**

**INTERROGATORY NO. 24:** Please state whether you have made any financial agreement with any medical provider or received any financial benefits from any medical provider for treatment in exchange for any interest in the outcome of your claim which is the subject matter of this litigation. If your answer is "yes," please state the name of each and every entity you have made such an agreement with, including, but not limited to, the name of the representative of that entity with whom you made the agreement, the terms of the agreement, and also please provide a copy of the loan agreement.

**ANSWER:**

**INTERROGATORY NO. 25:** If any information, statement, document, video, audio, photo, tape-recording, or information retained by any other means of tangible data compilation is withheld from your responses to any of these Interrogatories or Requests for Production of Documents, due to a claim of privilege, work-product, a civil rule, or any other reason, please state with specificity the reason for withholding the information, and state the nature of the information

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000011 of 000032
IRPD : 000011 of 000032

not provided and not produced, describing the information to the fullest extent possible that will enable this party to assess the applicability of the privilege or protection.

If you refuse to respond fully to this Interrogatory, please specifically state that you are refusing to respond and give a full explanation.

**ANSWER:**

**INTERROGATORY NO. 26:** For every bit of information, any statement, document, video, audio, photo, tape-recording and/or information retained by any other means of tangible data compilation that has been requested in these Interrogatories or Requests for Production of Documents sent contemporaneously herewith but:

(a) has at one time been in the possession of the Plaintiffs or their counsel, but no longer is in their possession; or

(b) has been sent, transferred, or for whatever reason is now in the possession of someone other than the Plaintiffs and/or their counsel; or

(c) has been destroyed, lost, misplaced, or is otherwise not now in the possession of Plaintiffs and/or their counsel,

state the nature of the information not provided and not produced, describing the information to the fullest extent possible, and identify all individuals involved in creating, receiving, and/or witnessing the communication, giving all dates, and describing in detail the subject matter of the information or communication.

For all information that is responsive to this Interrogatory, please identify all individuals involved in creating, receiving and witnessing the communication, giving all dates, and describing in detail the subject matter of the information or communication.





BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000012 of 000032
IRPD : 000012 of 000032

If you refuse to respond fully to this Interrogatory, please specifically state that you are refusing to respond and give a full explanation.

**ANSWER:**

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000013 of 000032

IRPD : 000013 of 000032

**VERIFICATION**

I have read the foregoing Answers to Interrogatories and the information contained therein is true and correct to the best of my knowledge and belief.

______________________________
Jerry Wilson

STATE OF ________________)
(SCT.
COUNTY OF ______________)

Subscribed and sworn to before me by ____Jerry Wilson____ on this the ______ day of _____________, 2018.

My commission expires: _______________.

______________________________
NOTARY PUBLIC, STATE-AT-LARGE

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000014 of 000032

IRPD : 000014 of 000032

## REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:** If you, or anyone acting on your behalf, have obtained any written, typed, recorded, transcribed statements, or information obtained through any other means of tangible data compilation, from any witness or individual, please produce same for inspection and copying.

**RESPONSE:**

**REQUEST NO. 2:** If you, or anyone acting on your behalf, have obtained any photographs, videos, or other information retained by any other means of tangible data compilation, with regard to the January 10, 2017, motor vehicle accident, please produce same for inspection and copying.

**RESPONSE:**

**REQUEST NO. 3:** If you have incurred any medical, doctor, chiropractic, or miscellaneous bills and expenses as a result of the January 10, 2017, motor vehicle accident, please produce same for purposes of inspection and copying.

**RESPONSE:**

**REQUEST NO. 4:** If any payments have been made on your behalf by Medicare, Medicaid, or any other government-sponsored program, please produce for inspection and copying any documents related to such payments, a payment summary form, and a Conditional Payment letter from the Medicare Secondary Payer Recovery Contractor (MSPRC).

**RESPONSE:**

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000015 of 000032

IRPD : 000015 of 000032

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000016 of 000032

**REQUEST NO. 5:** For each expert, medical or otherwise, that you have identified, please produce for inspection and copying a copy of the witnesses' curriculum vitae or statement of qualifications.

**RESPONSE:**

**REQUEST NO. 6:** If you have received from any of said expert witnesses a written report, please produce same for purposes of inspection and copying.

**RESPONSE:**

**REQUEST NO. 7:** If you, or anyone acting on your behalf, have obtained any written, typed, recorded, transcribed statements, or information obtained through any other means of tangible data compilation, from the Defendants, their agents, representatives or employees, please produce same for inspection and copying.

**RESPONSE:**

**REQUEST NO. 8:** Please produce for inspection and copying your state and federal income tax returns for the last five (5) calendar years.

**RESPONSE:**

**REQUEST NO. 9:** With regard to the amounts you are claiming for each item of damages alleged in your Complaint, please produce for inspection and copying a copy of the calculations used to arrive at each figure.

**RESPONSE:**

IRPD : 000016 of 000032

**REQUEST NO. 10:** Please produce a photocopy of your driver's license or valid identification card.

**RESPONSE:**

**REQUEST NO. 11:** Please produce a photocopy of your Medicare and/or Medicaid card.

**RESPONSE:**

**REQUEST NO. 12:** Please produce a photocopy of your Social Security card.

**RESPONSE:**

**REQUEST NO. 13:** Please produce for inspection and copying any and all medical reports, medical records and treatment notes from all of your treating and examining physicians, chiropractors, or other individuals engaged in the healing arts.

**RESPONSE:**

**REQUEST NO. 14:** Please produce all correspondence between you and Medicare, including, its agents, the Centers for Medicare and Medicaid Services (CMS), the Medicare Coordination of Benefits Contractor (COBC), and/or the Medicare Secondary Payer Recovery Contractor (MSPRC) since the date of the motor vehicle accident which is the subject matter of this litigation.

**RESPONSE:**

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000017 of 000032

IRPD : 000017 of 000032

18-CI-00325 09/12/2018 Karen Boehm, Scott Circuit Clerk

**REQUEST NO. 15:** Please produce a complete payment history for all medical claims submitted to Medicare regarding treatments and/or coverages since the date of the motor vehicle accident which is the subject matter of this litigation.

**RESPONSE:**

**REQUEST NO. 16:** Please produce a photocopy of your cell phone billing statement for the date of the accident, listing the itemized calls for the date and time of the motor vehicle accident.

**RESPONSE:**

**REQUEST NO. 17:** Please produce a signed and notarized copy of the attached Protected Health Information Release.

**RESPONSE:**

**REQUEST NO. 18:** Please produce a signed and notarized copy of the attached Workers' Compensation Release.

**RESPONSE:**

**REQUEST NO. 19:** Please produce a signed and notarized copy of the attached Employment Records Release.

**RESPONSE:**

**REQUEST NO. 20:** Please produce a signed and notarized copy of the attached PIP Records Release Authorization.

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000018 of 000032
IRPD : 000018 of 000032

**RESPONSE:**

**REQUEST NO. 21:** Please produce a signed and notarized copy of the attached Cell Phone Records Release Authorization.

**RESPONSE:**

**REQUEST NO. 22:** Please produce a signed and notarized copy of the attached Medicare and Medicaid Authorization.

**RESPONSE:**

**REQUEST NO. 23:** Please produce a signed and notarized copy of the attached Social Security Records Release.

**RESPONSE:**

**REQUEST NO. 24:** Please produce a signed and notarized copy of the attached Tax Return Authorization.

**RESPONSE:**

**REQUEST NO. 25:** Please produce each and every document you rely upon to support your answers to these Interrogatories.

**RESPONSE:**

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000019 of 000032

IRPD : 000019 of 000032

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000020 of 000032

Respectfully submitted,

WMR DEFENSE

*/ s / Tamara J. Patterson*

Melissa Thompson Richardson
Tamara J. Patterson
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
Telephone: (859) 219-9090
Facsimile: (859) 219-9292
COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing has been served on this the 12th day of September, 2018, by mailing and/or emailing a true and accurate copy to the following:

Robert L. Poole
2656 Crescent Springs Road
Suite 1
Covington, KY 41017
*Counsel for Plaintiff*

*/ s / Tamara J. Patterson*

COUNSEL FOR DEFENDANTS

7202.005993C:\NRPortbl\Golden_and_Walters\AUBREY\910011_1.docx

IRPD : 000020 of 000032

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000021 of 000032

**Authorization for Disclosure of Protected Health Information**

PATIENT: ______________________________

ADDRESS: ______________________________

______________________________

DOB: ______________________________

SSN: ______________________________

==========================================

I, _________________________, authorize the disclosure of my protected health information[1] as described herein. I understand that this authorization is voluntary and made to confirm my direction. I understand that, if the person(s) or organization(s) that I authorize to receive my protected health information is/are not subject to federal and state health information privacy laws[2], subsequent disclosure by such person(s) or organization(s) may not be protected by those laws.

1. I authorize the following person(s) and/or organization(s) to disclose my protected health information (as specified below):

______________________________ ______________________________
______________________________ ______________________________
______________________________ ______________________________

______________________________ ______________________________
______________________________ ______________________________
______________________________ ______________________________

______________________________ ______________________________
______________________________ ______________________________
______________________________ ______________________________

[1] Protected health information ("PHI") is health information that is created or received by a health care provider, health plan, or health care clearinghouse and which relates to: 1) the past, present, or future physical or mental health or condition of an individual; 2) the provision of health care to an individual; or 3) the past, present, or future payment for the provision of health care to an individual. To be protected, the information must be such that it identifies the individual or provides a reasonable basis to believe that the information can identify the individual. 45 C.F.R. 164.508. PHI includes information of and/or on persons living or deceased. The following components of a patient's information are also considered PHI: a) names; b) street address, city, county, precinct, zip code; c) dates directly related to a patient, including birth date, admission date, discharge date, and date of death; d) telephone numbers, fax numbers and electronic mail addresses; e) Social Security numbers; f) medical record numbers; g) health plan beneficiary numbers; h) account numbers; i) certificate/license numbers; j) vehicle identifiers and serial numbers; including license plate numbers; k) device identifiers and serial numbers; l) Web Universal Resource Locators (URL's); m) biometric identifiers, including finger and voice prints; n) full face photographic images and any comparable images; and o) any other unique identifying number, characteristic, or code.

[2] These laws apply to health plans, health care providers, and health care clearinghouses.

IRPD : 000021 of 000032

2. I authorize the following person(s) and/or organization(s) to receive protected health information, as disclosed by the person(s) and/or organization(s) above:

Any attorney or paralegal in the law firm of WMR Defense, Corporate Plaza, 771 Corporate Drive, Suite 900, Lexington, Kentucky 40503.

3. Specific description of the protected health information that I authorize for disclosure:

The **entirety** of all medical records; Including, but not limited to: radiographic reports, charts, doctors' reports and records, office notes and memoranda, medical reports, radiology reports, radiology images, consultations, physical therapy records, clinic and outpatient reports and charts, psychotherapy notes, operative reports, pharmaceutical records, reports, charts, summaries, bills, and correspondence of whatever kind and nature regarding any and all prescription and non-prescription medication prescribed or dispensed to me, and any and all medical information or other information concerning or relating to my care, diagnosis, treatment, and/or hospitalization. **The scope of this authorization specifically includes the release of any protected health information concerning treatment, diagnosis, or testing of drug or alcohol abuse, drug related conditions, alcoholism, psychiatric/psychological conditions, behavioral services/psychiatric care, Acquired Immune Deficiency Syndrome (AIDS) and/or tests for antibodies to the AIDS virus (HIV).** The records shall include all records for treatment at any time, for any reason, not just for current treatment. The records shall contain all bills, invoices, insurance claims forms, and a printout of any computerized records of that information for treatment, together with all records of any payments, write-offs, or adjustments of charges for care, diagnoses, treatment, or hospitalization. If the bill was discounted or the hospital, doctor or pharmacy was paid a sum less than the full amount of the bill, records of the discount shall be produced.

4. Specific description of the purpose for each use or disclosure:

At the request of the individual.

5. I understand this Authorization can be revoked at any time. Such revocation must be submitted to the providers named herein in writing. The revocation shall be effective *except* to the extent that the providers have already used or disclosed information in reliance on the Authorization. Patient may revoke this Authorization by contacting the providers named herein. I hereby acknowledge that I understand and that I do not have to sign this authorization and that treatment, payment, enrollment in any health plan, or eligibility for benefits is not conditioned on or affected by my signing this Authorization. I have been informed and understand that information used or disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient of such information, and, at that point, the information may be no longer protected under the terms of this agreement or federal or state privacy laws. I agree to hold the providers named herein, their affiliates, agents, representatives, officers and directors, employees and attending physicians harmless from and against any and all liability or claims arising out of any release of authorized information or against any republication by third parties after such release.



_______________ (Initials)



BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000022 of 000032
IRPD : 000022 of 000032

Filed 18-CI-00325 09/12/2018 Karen Boehm, Scott Circuit Clerk

6. This authorization expires upon final adjudication of litigation currently pending in Scott Circuit Court, Division I, styled, "Jerry Wilson v. On The Spot Trucking, Inc. and James Shearer," Case No. 18-CI-00325, or when revoked in writing.

7. Copies of this Authorization will have the same weight as the original.

I have had the opportunity to read and consider the contents of this authorization. I confirm that the contents are consistent with my direction.

____________________________ ______________________
Date

STATE OF ____________________)
(SCT.
COUNTY OF ___________________)

Subscribed and sworn to before me by ________________ to be his/her own free act and deed on this _______ day of _____________ 2018.

My commission expires: ________________________.

____________________________________
NOTARY PUBLIC



________ (Initials)



BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000023 of 000032
IRPD : 000023 of 000032

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000024 of 000032

## WORKERS COMPENSATION RECORDS RELEASE AUTHORIZATION

NAME: ______________________

DOB: ______________________

SS#: ______________________

==========================================================================

**TO WHOM IT MAY CONCERN:**

I, ________________, hereby authorize you to release any and all information contained in your files relating to Worker's Compensation benefit claims made by me, benefits paid to me, correspondence to me or relating to any claims made by me or benefits paid on my behalf, and any and all other records retained by the Worker's Compensation Commission of whatever kind and nature to any attorney or paralegal in the law firm of WMR Defense, Corporate Plaza, 771 Corporate Drive, Suite 900, Lexington, Kentucky 40503. Copies of this Authorization will have the same weight as the original.

Dated this _____ day of _____________, 2018.

________________________________

STATE OF KENTUCKY )
(SCT.
COUNTY OF ________________)

Subscribed and sworn to before me by ________________ to be her own free act and deed on this ________ day of ______________ 2018.

My commission expires: _______________________.

________________________________
NOTARY PUBLIC

IRPD : 000024 of 000032

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000025 of 000032

**EMPLOYMENT RECORDS RELEASE AUTHORIZATION**

**TO WHOM IT MAY CONCERN:**

______________________________

______________________________

______________________________

NAME: ______________________

D/O/B: ______________________

SS# ______________________

=====================================================================

I, ______________, hereby authorize you to release any and all information contained in your files concerning my employment, including personnel files, income and benefits records, correspondence, and any and all other employment records of whatever kind and nature to any attorney or paralegal in the law firm of WMR Defense, Corporate Plaza,771 Corporate Drive, Suite 900, Lexington, Kentucky 40503. I also authorize you to discuss with any attorney or paralegal in the law firm of WMR Defense my employment with you.

Copies of this Authorization will have the same weight as the original.

Dated this _____ day of ______________ 2018.

______________________________
NAME

STATE OF KENTUCKY )
) SCT.
COUNTY OF ______________ )

Subscribed and sworn to before me by ________________to be his/her own free act and deed on this ________ day of ______________ 2018.

My commission expires: ___________________________.

______________________________
NOTARY PUBLIC, STATE-AT-LARGE

IRPD : 000025 of 000032

Filed 18-CI-00325 09/12/2018 Karen Boehm, Scott Circuit Clerk

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000026 of 000032

**PIP RECORDS RELEASE AUTHORIZATION**

INSURED: ____________________________

ADDRESS: ____________________________

____________________________

DOB: ____________________________

SSN: ____________________________

---

**TO __________________________ INSURANCE COMPANY:**

I, ______________________, hereby authorize you to release all information, including all records, reports, charts, findings, summaries, and correspondence of whatever kind and nature regarding the submission, processing, payment and/or maintenance of Personal Injury Protection (PIP) benefits made on my behalf, past or present, to any attorney or paralegal in the law firm of WMR Defense, Corporate Plaza, 771 Corporate Drive, Suite 900, Lexington, Kentucky 40503. I also authorize you to discuss freely and render written opinions to any attorney or paralegal in the law firm of WMR Defense concerning your involvement in same.

Copies of this Authorization will have the same weight as the original.

Dated this _____ day of _______________ 2018.

________________________________________

NAME

STATE OF KENTUCKY )
(SCT.
COUNTY OF _________________)

Subscribed and sworn to before me by ______________________ to be his/her own free act and deed on this ________ day of _______________ 2018.

My commission expires: __________________________.

________________________________________

NOTARY PUBLIC

IRPD : 000026 of 000032

Filed 18-CI-00325 09/12/2018 Karen Boehm, Scott Circuit Clerk

Filed 18-CI-00325 09/12/2018 Karen Boehm, Scott Circuit Clerk

# CELL PHONE RECORDS RELEASE AUTHORIZATION

NAME: ______________________________
ADDRESS: ___________________________
DOB: _______________________________
SSN: _______________________________

TELEPHONE NO.: _________________________

I, ___________________, hereby authorize ______________ to release all information, including all records, contract information, incoming calls, outgoing calls, billing statements, payment history, and any and all other information, to any attorney or paralegal in the law firm of WMR Defense, Corporate Plaza, 771 Corporate Drive, Suite 900, Lexington, Kentucky 40503. I also authorize you to discuss freely and render written opinions to any attorney or paralegal in the law firm of WMR Defense concerning your involvement in same.

Copies of this Authorization will have the same weight as the original.

Dated this _____ day of ________________ 2018.

____________________________________
NAME

STATE OF KENTUCKY )
(SCT.
COUNTY OF __________________________)

Subscribed and sworn to before me by _____________ to be his/her own free act and deed on this ________ day of ________________ 2018.

My commission expires: ___________________________.

____________________________________
NOTARY PUBLIC, STATE-AT-LARGE, KY.

O:\Forms[Paralegal]NEW\CellPhoneRecs\1aCellPhoneRecordsRelease.doc

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000027 of 000032
IRPD : 000027 of 000032

## 1-800-MEDICARE Authorization to Disclose Personal Health Information

Use this form if you want 1-800-MEDICARE to give your personal health information to someone other than you.

1. **Print Name** (First and last name of the person with Medicare) **Medicare Number** (Exactly as shown on the Medicare Card) **Date of Birth** (mm/dd/yyyy)

2. Medicare will only disclose the personal health information you want disclosed.

   2A: **Check only one box below to tell Medicare the specific personal health information you want disclosed:**

   ☐ Limited Information (go to question 2b)

   ☐ Any Information (go to question 3)

   2B: **Complete only if you selected "limited information". Check all that apply:**

   ☐ Information about your Medicare eligibility

   ☐ Information about your Medicare claims

   ☐ Information about plan enrollment (e.g. drug or MA Plan)

   ☐ Information about premium payments

   ☐ Other Specific Information (please write below; for example, payment information)

   ______________________________

3. **Check only one box below indicating how long Medicare can use this authorization to disclose your personal health information** (subject to applicable law—for example, your State may limit how long Medicare may give out your personal health information):

   ☐ Disclose my personal health information indefinitely

   ☐ Disclose my personal health information for a specified period only beginning: (mm/dd/yyyy)__________ and ending: (mm/dd/yyyy) __________



BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000028 of 000032
IRPD : 000028 of 000032

**4. Fill in the name and address of the person(s) or organization(s) to whom you want Medicare to disclose your personal health information. Please provide the specific name of the person(s) for any organization you list below:**

1. Name: ______________________

   Address: ______________________

   ______________________

2. Name: ______________________

   Address: ______________________

   ______________________

3. Name: ______________________

   Address: ______________________

   ______________________

**5.**

**I authorize 1-800-MEDICARE to disclose my personal health information listed above to the person(s) or organization(s) I have named on this form. I understand that my personal health information may be re-disclosed by the person(s) or organization(s) and may no longer be protected by law. I understand that I have the right to revoke this authorization at any time. I must do so by writing to the same person(s) or class of persons that I directed this authorization to. The revocation will not apply to information that has already been released in response to this authorization. I understand that my refusal to authorize disclosure of my personal medical information will have no effect on my enrollment, eligibility for benefits, or the amount Medicare pays for health services I receive.**

______________________ ______________________ ______________________

Signature Telephone Number Date (mm/dd/yyyy) Print the address of the person with Medicare (Street Address, City, State, and ZIP)

______________________

______________________

☐ Check here if you are signing as a personal representative and complete below. Please attach the appropriate documentation (for example, Power of Attorney). This only applies if someone other than the person with Medicare signed above.

Print the Personal Representative's Address (Street Address, City, State, and ZIP)

______________________

______________________

Telephone Number of Personal Representative: ______________________

Personal Representative's Relationship to the Beneficiary: ______________________

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000029 of 000032

IRPD : 000029 of 000032

Social Security Administration

**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. *(*signifies a required field).*

**TO: Social Security Administration**

| ***My Full Name** | ***My Date of Birth (MM/DD/YYYY)** | ***My Social Security Number** |
|---|---|---|
| | | |

I authorize the Social Security Administration to release information or records about me to:

| ***NAME OF PERSON OR ORGANIZATION:** | ***ADDRESS OF PERSON OR ORGANIZATION:** |
|---|---|
| Any attorney or paralegal in the law firm of | 771 Corporate Drive, Suite 900 |
| WMR Defense | Lexington, Kentucky 40503 |

***I want this information released because:** Litigation Matter
We may charge a fee to release information for non-program purposes.

***Please release the following information selected from the list below:**
You must specify the records you are requesting by checking at least one box. We will not honor a request for "any and all records" or "my entire file." Also, we will not disclose records unless you include the applicable date ranges where requested.

1. ☒ Social Security Number
2. ☒ Current monthly Social Security benefit amount
3. ☒ Current monthly Supplemental Security Income payment amount
4. ☒ My benefit or payment amounts from date 1st Appl. to date Present
5. ☒ My Medicare entitlement from date 1st Appl. to date Present
6. ☒ Medical records from my claims folder(s) from date 1st Appl. to date Present
   If you want us to release a minor child's medical records, do not use this form. Instead, contact your local Social Security office.
7. ☒ Complete medical records from my claims folder(s)
8. ☒ Other record(s) from my file **(you must specify the records you are requesting, e.g., doctor report, application, determination or questionnaire)**
   Applications, questionnaires, reports, consultative examinations, fee agreements, explanations, determinations

**I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004)) that I have examined all the information on this form, and any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeks or obtain access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.**

***Signature:** ____________ ***Date:** ____________

***Address:** ____________

**Relationship (if not the subject of the record):** ____________ ***Daytime Phone:** ____________

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

**Form SSA-3288** (07-2013) EF (07-2013)



BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000030 of 000032
IRPD : 000030 of 000032

18-CI-00325 09/12/2018 Karen Boehm, Scott Circuit Clerk

Form **4506**

(Rev. September 2015)

Department of the Treasury
Internal Revenue Service

# Request for Copy of Tax Return

▶ **Do not sign this form unless all applicable lines have been completed.**
▶ **Request may be rejected if the form is incomplete or illegible.**
▶ **For more information about Form 4506, visit *www.irs.gov/form4506*.**

OMB No. 1545-0429

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T, Request for Transcript of Tax Return,** or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

**1a** Name shown on tax return. If a joint return, enter the name shown first.

**1b First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)**

**2a** If a joint return, enter spouse's name shown on tax return.

**2b Second social security number or individual taxpayer identification number if joint tax return**

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**Caution:** If the tax return is being mailed to a third party, ensure that you have filled in lines 6 and 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax return to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your return information, you can specify this limitation in your written agreement with the third party.

**6** **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ ____________

**Note:** If the copies must be certified for court or administrative proceedings, check here . . . ☐

**7** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

**8** **Fee.** There is a $50 fee for each return requested. **Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.**

| | | |
|---|---|---|
| **a** | Cost for each return . . . | $ 50.00 |
| **b** | Number of returns requested on line 7 . . . | |
| **c** | Total cost. Multiply line 8a by line 8b . . . | $ |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . ☐

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note:** For tax returns being sent to a third party, this form must be received within 120 days of the signature date.

☐ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506.** See instructions.

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ **Signature** (see instructions) Date

▶ **Title** (if line 1a above is a corporation, partnership, estate, or trust)

▶ **Spouse's signature** Date



Filed 18-CI-00325 09/12/2018 Karen Boehm, Scott Circuit Clerk

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000031 of 000032

IRPD : 000031 of 000032

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506 and its instructions, go to *www.irs.gov/form4506*. Information about any recent developments affecting Form 4506, Form 4506-T and Form 4506T-EZ will be posted on that page.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 75 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of nonfiling, and records of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year or period and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

### Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 |

### Chart for all other returns

| If you lived in or your business was in: | Mail to: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, please include it on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the return be sent to a third party, the IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.




*You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

***Individuals.*** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

***Corporations.*** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506 but must provide documentation to support the requester's right to receive the information.

***Partnerships.*** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

***All others.*** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224.

Do not send the form to this address. Instead, see *Where to file* on this page.

BAB1A7DC-08A3-471F-8CFF-939057C6A710 : 000032 of 000032
IRPD : 000032 of 000032

968C88A1-079E-4039-B349-9E26FA7D5616 : 000001 of 000004

COMMONWEALTH OF KENTUCKY
SCOTT CIRCUIT COURT
DIVISION I
CIVIL ACTION NO. 18-CI-00325
***Electronically Filed***

JERRY WILSON PLAINTIFF

VS. **MOTION TO COMPEL**

ON THE SPOT TRUCKING, INC. and
JAMES SHEARER DEFENDANTS

*** *** *** ***

Come the Defendants, On The Spot Trucking, Inc. and James Shearer, by counsel, pursuant to CR 37.01, and moves the Court for an order compelling the Intervening Plaintiff, Jerry Wilson, to respond to the Interrogatories and Request for Production of Documents propounded upon the Intervening Plaintiff on September 12, 2018. In support of its Motion, these moving Defendants state as follows:

On October 15, 2018, the undersigned sent correspondence to counsel to the Plaintiff, requesting that Jerry Wilson respond to the discovery propounded upon it.[1] As of the date of the filing of this Motion, undersigned counsel has not received Jerry Wilson's discovery responses.

WHEREFORE, Defendants, On The Spot Trucking, Inc. and James Shearer, pray the Court for entry of an Order compelling the Plaintiff, Jerry Wilson, to respond to the Defendants' discovery requests within ten days of the date of entry of said Order.

**NOTICE**

Please take notice that the foregoing Motion to Compel shall come on for hearing before the Scott Circuit Court, Division I, on December 6, 2018, at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard.

[1] *See* September 12, 2018 correspondence, attached hereto as Exhibit 1.

COM : 000001 of 000002

Respectfully submitted,

WMR DEFENSE

Melissa Thompson Richardson
Tamara J. Patterson
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
Telephone: (859) 219-9090
Facsimile: (859) 219-9292
COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing has been served on this the 30th day of October 2018 by mailing and/or emailing a true and accurate copy to the following:

Robert L. Poole
2656 Crescent Springs Road, Suite 1
Covington, KY 41017
*Counsel for Plaintiff*

COUNSEL FOR DEFENDANTS

7202.005993C:\NRPortbl\Golden_and_Walters\STEPHANIE.ROSS\936529_1.docx

968C88A1-079E-4039-B349-9E26FA7D5616 : 000002 of 000004

COM : 000002 of 000002

COMMONWEALTH OF KENTUCKY
SCOTT CIRCUIT COURT
DIVISION I
CIVIL ACTION NO. 18-CI-00325
***Electronically Filed***

ENTERED
DEC - 6 2018
KAREN BOEHM, CLERK
SCOTT CIRCUIT COURT

JERRY WILSON PLAINTIFF

VS. **ORDER**

ON THE SPOT TRUCKING, INC. and
JAMES SHEARER DEFENDANTS

*** *** *** ***

The parties having appeared before the Court on the Motion to Compel filed by the Defendants, On The Spot Trucking, Inc. and James Shearer, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Motion is GRANTED. The Plaintiff, Jerry Wilson, shall serve full-and-forthright responses to the Interrogatories and Requests for Production of Documents propounded by Defendant within ~~ten (10)~~ Fourteen 14 days of the date of this hearing.

Entered this 6th day of Dec, 2018.

JUDGE, SCOTT CIRCUIT COURT

Tendered by:

Melissa Thompson Richardson
Tamara J. Patterson

TD : 000001 of 000002

**CLERK'S CERTIFICATE OF SERVICE**

This is to certify that the foregoing has been served on this the 7 day of Jan, 2018 by mailing and/or emailing a true and accurate copy to the following:

Robert L. Poole
2656 Crescent Springs Road, Suite 1
Covington, KY 41017
*Counsel for Plaintiff*

Melissa Thompson Richardson
Tamara J. Patterson
WMR Defense
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
*Counsel for Defendants*

CLERK, SCOTT CIRCUIT COURT

No Envelopes

7202 0059934C \NRPortbl Golden and Walters\STEPHANIE ROSS\936579_1.docx