UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| JERRY WILSON | *Filed Electronically* |
| | **CASE NO.: 5:19-cv-00003-REW** |
| PLAINTIFF, | |
| VS. | |
| ON THE SPOT TRUCKING, INC. and JAMES SHEARER | |
| DEFENDANTS | |

## AGREED ORDER OF DISMISSAL

The Plaintiff, Jerry Wilson, having informed the Court that he has resolved his claims against the Defendants, On the Spot Trucking Inc. and James Shearer, and the Court hereby acknowledging the same and being otherwise sufficiently advised;

The Court **ORDERS** that all claims that have been asserted by the Plaintiff, Jerry Wilson, against the Defendants, On the Spot Trucking Inc. and James Shearer, and all claims that could have been asserted by the Plaintiff, Jerry Wilson, against the Defendants, On the Spot Trucking Inc. and James Shearer, are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

This is a final and appealable order and there is no just cause for delay.

This the 5th day of November 2019.



Signed By:

*Robert E. Wier*  REW

United States District Judge

2

HAVE SEEN:
AGREED TO BE ENTERED:


_/s/ Jacob M. Mills_____
Melissa Thompson Richardson
Jacob M. Mills
WMR Defense
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
*Counsel for Defendants*


_/s/ Justin Lawrence (with permission)__
Justin Lawrence
Kelsey L. Westermeyer
Lawrence & Associates
2500 Chamber Center Drive, Suite 300
Ft. Mitchell, KY 41017
*Counsel for Plaintiff*


7202.005993C:\NRPortbl\Golden_and_Walters\NICOLE\1122555_1.docx